**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00352-CR

**EFREN ADAME TORRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-85957-2014**

## ORDER

The Court **GRANTS** court reporter Jennifer Corley's April 20, 2016 request for an extension of time to file the reporter's record. We **ORDER** Ms. Corley to file the complete record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE